UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:01-CR-282-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| MARQUELL DESHAUN HOCUTT | ) | |

This cause came for judgment upon Counts 2 and 3 of an Indictment to which the defendant entered a plea of guilty on February 4, 2002, and the Judgment of the undersigned, The Honorable Malcolm J. Howard, Senior United Stated District Judge, upon said Counts 2 and 3, ordered the defendant to pay a $200 special assessment and restitution in the amount of $1,800.00. It was further adjudged that the defendant be placed on supervised release for a period of 5 years under the standard conditions and special conditions that he pay the imposed special assessment and restitution under the supervision of the United States Probation Office.

It now appears to the court that Marquell Deshaun Hocutt died on December 21, 2011, at which time balances remained on the restitution.

**THEREFORE,** the court does find and conclude that the Judgment did abate with the death of said debtor. The order of restitution stands and may be pursued through the defendant's estate.

This the ___3rd___ day of ___January___, 2012.

Malcolm J. Howard
Senior U.S. District Court Judge